IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCUS ANTONE PETERSON,

      Appellant,

  v.

Case No. 5D23-633
LT Case Nos. 2018-CF-2237
           2018-CF-2212
           2018-CF-2210

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 2, 2023

3.800 Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Marcus Antone Peterson, Arcadia, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


EISNAUGLE, KILBANE and MACIVER, JJ., concur.